<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | **Debtor's name** | **Dell Marine Boat Sales, LLC** |
|---|---|---|

| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-3825136** |
|---|---|---|

**4. Debtor's address**

**Principal place of business**

**3427 Secret Cove Place**
**Jacksonville, FL 32216**
Number, Street, City, State & ZIP Code

**Duval**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| 5. | **Debtor's website** (URL) | **www.dellmarine.com** |
|---|---|---|

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Dell Marine Boat Sales, LLC**                                          Case number (*if known*) _____
_____
         Name

**7.  Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8113__

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

District _____   When _____   Case number _____
District _____   When _____   Case number _____

Debtor    **Dell Marine Boat Sales, LLC**                                    Case number (*if known*) _____
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
    Contact name _____
    Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Dell Marine Boat Sales, LLC**

Name

Case number (*if known*)

☐ $50,001 - $100,000      ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **Dell Marine Boat Sales, LLC**                                    Case number (*if known*) _____
            Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2024**
                    MM / DD / YYYY

**X** **/s/ Elizabeth A. Moody**                                    **Elizabeth A. Moody**
        Signature of authorized representative of debtor              Printed name

Title   **Manager**

---

**18. Signature of attorney**

**X** **/s/ Richard R. Thames**                         Date   **March 18, 2024**
        Signature of attorney for debtor                               MM / DD / YYYY

**Richard R. Thames**
Printed name

**Thames | Markey**
Firm name

**50 North Laura Street**
**Suite 1600**
**Jacksonville, FL 32202**
Number, Street, City, State & ZIP Code

Contact phone   **904-358-4000**        Email address   **rrt@thamesmarkey.law**

**0718459 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 18, 2024**    **X** /s/ Elizabeth A. Moody
_____
Signature of individual signing on behalf of debtor

**Elizabeth A. Moody**
_____
Printed name

**Manager**
_____
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     **12/15**

| Part 1: | Summary of Assets |
|---|---|

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................... $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................ $      **12,073.78**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.............................................................................. $      **12,073.78**

| Part 2: | Summary of Liabilities |
|---|---|

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $      **817,122.35**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................................... $      **40,729.50**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$      **591,658.21**

4.    **Total liabilities** ..........................................................................................................................
    Lines 2 + 3a + 3b    $      **1,449,510.06**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |
| 2.    **Cash on hand** | **$200.00** |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.  **Truist Dynamic Business Checking Account [balance as of 03/14/2024]** | **Checking** | **2644** | **$3,768.43** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$3,968.43**

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

Debtor    **Dell Marine Boat Sales, LLC**                              Case number *(If known)* _____
             Name

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Parts inventory** **[estimated value as of 03/18/2024]** | | $0.00 | | $3,000.00 |

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**    | $3,000.00 |
       Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ☑ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ☑ No
       ☐ Yes. Book value _____    Valuation method _____    Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

39.    **Office furniture**

40.    **Office fixtures**

Debtor    **Dell Marine Boat Sales, LLC**            Case number *(If known)* _____
Name

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **Furniture and equipment as described on the attached listing [estimated value as of 03/18/2024]**                    $0.00      Recent cost                    $135.00

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42.  Copy the total to line 86.                                        $135.00

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ■ No.  Go to Part 10.
   ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

                                                                        **Current value of debtor's interest**

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

Debtor  **Dell Marine Boat Sales, LLC**                                    Case number *(If known)* _____
             Name

| | | |
|---|---|---|
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| | **Leasehold improvements as described on the attached listing [balance as of 03/18/2024]** | $4,970.35 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.** | $4,970.35 |
| | Add lines 71 through 77. Copy the total to line 90. | |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **Dell Marine Boat Sales, LLC**                     Case number *(If known)* _____
         Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $3,968.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $3,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $135.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $4,970.35 | |
| 91. **Total.** Add lines 80 through 90 for each column | $12,073.78 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $12,073.78 |

## Dell Marine Boat Sales, LLC

**Attachment for Schedule B**

3/18/2024 11:15

| Property Description | Value |
|---|---|
| **Part 7, Question 41** | |
| **Office Furniture and Equipment** | |
| Camera | 35.00 |
| Pictures | 100.00 |
| **Furniture and Equipment Subtotal** | **135.00** |
| | |
| **Part 11, Question 77** | |
| **Leasehold Improvements** | |
| Rock for Driveway | 300.00 |
| Electric | 518.00 |
| New Floors | 3,552.35 |
| Electric (Voltage) | 600.00 |
| **Office and Shop Equipment** | **4,970.35** |

**Fill in this information to identify the case:**

Debtor name  **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| **2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

**2.1** **Brunswick Acceptance Company, LLC**
Creditor's Name

**5595 Trillium Boulevard**
**Hoffman Estates, IL 60192**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**kLOC**

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Blanket Lien on All Assets - Fourth Position**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**$684,429.52** | **$12,073.78**

**2.2** **Wells Fargo Bank, N.A.**
Creditor's Name

**7711 Plantation Rd., 1st Fl.**
**Roanoke, VA 24019-3224**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**eLOC**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Blanket Lien on all Assets - First Position**

Describe the lien
**Security Agreement**
Is the creditor an insider or related party?
☑ No
☐ Yes
Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

**$72,492.10** | **$12,073.78**

| Debtor | **Dell Marine Boat Sales, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

☐ No
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Wells Fargo Bank, N.A.** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Blanket Lien on all Assets - Second Position**

$53,187.98    $12,073.78

**7711 Plantation Rd., 1st Fl.**
**Roanoke, VA 24019-3224**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**fLOC**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.4 | **Yamaha Motor Finance**
**Corp., USA** | | |
|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**Blanket Lien on All Assets - Third Position**

$7,012.75    $12,073.78

**6555 Katella Avenue**
**Cypress, CA 90630**

Creditor's mailing address

**Describe the lien**
**Security Agreement**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1924**

**Do multiple creditors have an**
**interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $817,122.35

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Debtor    **Dell Marine Boat Sales, LLC**
_____
Name

Case number (*if known*) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brunswick Acceptance Co.**<br>**P.O. Box 206751**<br>**Dallas, TX 75320-6751** | Line _**2.1**_ | |
| **GE Commercial Distribution Finance**<br>**P.O. Box 105040**<br>**Atlanta, GA 30348** | Line _**2.2**_ | |
| **GE Commercial Distribution Finance**<br>**P.O. Box 105040**<br>**Atlanta, GA 30348** | Line _**2.3**_ | |
| **Sheryl Smith**<br>**Milliken & Michaels, Inc.**<br>**1114 17th Street**<br>**Vero Beach, FL 32960** | Line _**2.4**_ | |
| **Suzuki Motor of America, Inc.**<br>**3251 East Imperial Highway**<br>**Brea, CA 92821** | Line _**2.2**_ | |
| **Wells Fargo Commercial Distributio**<br>**Finance, LLC**<br>**5595 Trillium Blvd.**<br>**Hoffman Estates, IL 60192** | Line _**2.2**_ | |
| **Wells Fargo Commercial Distributio**<br>**P.O. Box 206740**<br>**Dallas, TX 75320-6740** | Line _**2.2**_ | |
| **Wells Fargo Commercial Distributio**<br>**P.O. Box 206740**<br>**Dallas, TX 75320-6740** | Line _**2.3**_ | |
| **Wells Fargo Commercial Distributio**<br>**Finance, LLC**<br>**5595 Trillium Blvd.**<br>**Hoffman Estates, IL 60192** | Line _**2.3**_ | |

**Fill in this information to identify the case:**

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** | 0.00 |
| **Duval County Tax Collector** | ☐ Contingent | | |
| **231 E. Forsyth St.** | ☐ Unliquidated | | |
| **Jacksonville, FL 32202** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No  ☐ Yes | | |

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$141.50** | $141.50 |
| **FL Dept. of Revenue** | ☐ Contingent | | |
| **5050 W. Tennessee St.** | ☐ Unliquidated | | |
| **Tallahassee, FL 32399** | ☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: **Sales taxes [03/2024]** | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No  ☐ Yes | | |

Debtor   **Dell Marine Boat Sales, LLC**                                 Case number (if known) _____
         _____
         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.3**

Priority creditor's name and mailing address

**FL Dept. of State**
**Clifton Building**
**2661 Executive Center Dr.**
**Tallahassee, FL 32301**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:          $0.00      $0.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
_____

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.4**

Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

_____

Date or dates debt was incurred

_____

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:       $40,588.00    $0.00
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:
**2021 and 2022 income taxes**

Is the claim subject to offset?
☒ No
☐ Yes

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**List All Creditors with NONPRIORITY Unsecured Claims**</td></tr>
</table>

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |

**3.1**

Nonpriority creditor's name and mailing address

**Automotive Finance Corporation**
**11299 N. Illinois Street**
**Carmel, IN 46032**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*          $0.00
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  **UCC filed - account closed**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2**

Nonpriority creditor's name and mailing address

**Bank of America**
**P.O. Box 660441**
**Dallas, TX 75266-0441**

**Date(s) debt was incurred** _

**Last 4 digits of account number  3539**

As of the petition filing date, the claim is: *Check all that apply.*       $33,494.92
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card [balance as of 01/07/2024]**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.3**

Nonpriority creditor's name and mailing address

**Brunswick Boat Group**
**800 S. Gay St., Ste. 1300**
**Knoxville, TN 37929**

**Date(s) debt was incurred** _

**Last 4 digits of account number  6001**

As of the petition filing date, the claim is: *Check all that apply.*       $17,672.58
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Balance as of 12/31/2023**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Dell Marine Boat Sales, LLC**
_____    Case number _(if known)_ _____
          Name

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Comcast**<br>**P.O. Box 37601**<br>**Philadelphia, PA 19101-0601**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  1784** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **Unknown** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Comcast Business**<br>**1100 Northpoint Pkwy. W**<br>**West Palm Beach, FL 33407-1937**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  7551** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Early termination fee**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$1,260.00** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Donovan Marine**<br>**P.O. Box 38101**<br>**Memphis, TN 38101**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  2996** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Balance as of 12/31/2023**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$5,249.64** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Elizabeth A. Moody**<br>**3427 Secret Cove Place**<br>**Jacksonville, FL 32216**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Loan from shareholder [balance as of 09/30/2023]**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$478,258.30** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Lucas - Exit Strategies, LLC**<br>**3670 Spinnaker Court**<br>**Jacksonville, FL 32277**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  UCC filed - account closed**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Northpoint Commercial Finance, LLC**<br>**P.O. Box 1445**<br>**Alpharetta, GA 30009**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:  UCC filed - account closed**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Suzuki Marine USA, LLC**<br>**13521 Prestige Pl.**<br>**Tampa, FL 33635**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number  8245** | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Balance as of 12/31/2023**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$24,958.17** |

Debtor  **Dell Marine Boat Sales, LLC**                                    Case number (if known) _____
     Name

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,763.78 |
|---|---|---|---|

**Truist Card Services**
**P.O. Box 200**
**Wilson, NC 27894-0200**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **0522**

Basis for the claim:  **Credit card [balance as of 01/12/2024]**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.82 |
|---|---|---|---|

**West Marine Pro**
**Attn: Accounts Receivable**
**P.O. Box 669336**
**Dallas, TX 75266-9336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **8461**

Basis for the claim:  **Balance as of 02/14/2024**

Is the claim subject to offset? ☑ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Bank of America Business Card**<br>**P.O. Box 15796**<br>**Wilmington, DE 19886-5796** | Line **3.2**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Donovan Marine**<br>**6316 Humphreys St.**<br>**New Orleans, LA 70123-3159** | Line **3.6**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Northpoint Commercial Finance, LLC**<br>**11675 Rainwater Dr., #450**<br>**Alpharetta, GA 30009** | Line **3.9**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Truist Card Services**<br>**P.O. Box 400**<br>**Wilson, NC 27894-0400** | Line **3.11**<br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 40,729.50 |
| 5b. Total claims from Part 2 | 5b. + | $ 591,658.21 |
| 5c. Total of Parts 1 and 2<br>    Lines 5a + 5b = 5c. | 5c. | $ 632,387.71 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and service agreement for Bayliner and heyday** | |
|---|---|---|---|
| | State the term remaining | 09/01/2023 - 08/31/2024 | **Brunswick Family Boat Co., Inc. 800 S. Gay St., #380 Knoxville, TN 37929** |
| | List the contract number of any government contract | | |

| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Dealer sales dealer agreement for dealer arranged loans, installment sales contracts and dealer arranged leases [agreement terminated effective 01/03/2024]** | |
|---|---|---|---|
| | State the term remaining | | **Huntington RVMPS Finance & Dealer Services 5555 Cleveland Ave., Attn: GW5C48 Columbus, OH 43231** |
| | List the contract number of any government contract | | |

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for communication support services through website ends 06/21/2024** | |
|---|---|---|---|
| | State the term remaining | | **Kennect 1221 South Valley Grove Way, #400 Pleasant Grove, UT 84062** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Dell Marine Boat Sales, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name | Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Copy machine lease** | |
|---|---|---|---|
| | State the term remaining | | **RJ Young** |
| | List the contract number of any government contract | | **4815 Executive Park Ct., #207 Jacksonville, FL 32216** |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Marine dealer sales and service agreement [Dealer No. 588245]** | |
|---|---|---|---|
| | State the term remaining | | **Suzuki Motor of America, Inc.** |
| | List the contract number of any government contract | | **3251 East Imperial Highway Brea, CA 92821** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **P.R.E.P. Plus Dealer Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Suzuki Motor of America, Inc.** |
| | List the contract number of any government contract | | **3251 East Imperial Highway Brea, CA 92821** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Sales and service agreement [canceled as of 12/2023]** | |
|---|---|---|---|
| | State the term remaining | | **Yamaha Motor Corporation USA** |
| | List the contract number of any government contract | | **6555 Katella Avenue Cypress, CA 90630** |

**Fill in this information to identify the case:**

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Elizabeth A. Moody** | **3427 Secret Cove Place Jacksonville, FL 32216** | **Yamaha Motor Finance Corp., USA** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 **Elizabeth A. Moody** | **3427 Secret Cove Place Jacksonville, FL 32216** | **Wells Fargo Bank, N.A.** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 **Elizabeth A. Moody** | **3427 Secret Cove Place Jacksonville, FL 32216** | **Wells Fargo Bank, N.A.** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 **Elizabeth A. Moody** | **6268 Philips Highway Jacksonville, FL 32216** | **Suzuki Motor of America, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G __2.6__ |

**Fill in this information to identify the case:**

Debtor name    **Dell Marine Boat Sales, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:    Income

1. **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$77,471.51** |
| **For prior year:** From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  **Gross Receipts** | **$2,764,114.11** |
| **For year before that:** From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other  **Gross Receipts** | **$3,688,527.20** |
| **For the fiscal year:** From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  **Gross Receipts** | **$3,638,499.42** |

2. **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor    **Dell Marine Boat Sales, LLC**_____    Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.    **See attached check registers.** | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Wells Fargo Bank, N.A.**<br>**7711 Plantation Rd., 1st Fl.**<br>**Roanoke, VA 24019-3224** | **Return of Bayliner engines / watercrafts described on the attached listing** | **01/25/2024** | **$669,458.00** |
| **Suzuki Marine USA, LLC**<br>**13521 Prestige Pl.**<br>**Tampa, FL 33635** | **Return of Suzuki engines described on the attached listing** | **Various** | **$89,921.30** |
| **Yamaha Motor Finance Corp., USA**<br>**6555 Katella Avenue**<br>**Cypress, CA 90630** | **Return of Yamaha engines described on the attached listing** | **01/03/2024** | **$44,723.98** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    **Dell Marine Boat Sales, LLC** _____    Case number *(if known)* _____

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Thames \| Markey 50 North Laura Street Suite 1600 Jacksonville, FL 32202** | **Attorney Fees** | **10/03/2023 - $2,500.00 02/05/2024 - $2,500.00** | **$5,000.00** |
| | Email or website address **rrt@thamesmarkey.law** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Debtor    **Dell Marine Boat Sales, LLC**                                    Case number *(if known)*

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | **Greg Fehrenkamp** **28 Collingdale Ct.** **Palm Coast, FL 32137** | **Sale of used 2001 Ford F-150 truck [approximately 400,000 miles]** | **01/25/2024** | **$1,000.00** |
| | Relationship to debtor **None** | | | |
| 13.2 | **Conrad Gunti** **13201 Mandarin Rd.** **Jacksonville, FL 32223** | **Sale of forklift** | | **$4,300.00** |
| | Relationship to debtor **None** | | | |
| 13.3 | **Various Facebook Marketplace and Swip Swap Members** | **Sale of various office furniture & equipment and office & shop equipment [sales proceeds deposited into Dell Marine bank accounts]** | **Various 12/2023 - 02/2024** | **Unknown** |
| | Relationship to debtor **None** | | | |
| 13.4 | **Coastal Boating Services d/b/a Advance Marine 12061 Narrowleaf Ct. Jacksonville, FL 32225** | **Some of the parts inventory** | | **$2,500.00** |
| | Relationship to debtor **None** | | | |
| 13.5 | **Max Moody IV** **1265 Fruit Cove Rd. N** **Saint Johns, FL 32259** | **Sale of 75 Suzuki 07501F-340310 engine** | **01/18/2024** | **$6,647.00** |
| | Relationship to debtor **Brother of Manager of Debtor** | | | |
| 13.6 | **Cannon Marine Partners d/b/a Atlantic Coast Marine 13748 Atlantic Blvd. Jacksonville, FL 32225** | **Sale of boarding stairs for boats** | **01/09/2024** | **$2,500.00** |
| | Relationship to debtor **None** | | | |

| Debtor | **Dell Marine Boat Sales, LLC** | Case number *(if known)* |
|--------|----------------------------------|---------------------------|

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.7. | **Clarence Dieas**<br>**8308 Colee Cove Road**<br>**Saint Augustine, FL 32092** | **Sale of 2011 GMC Sierra [payoff of<br>$18,864.95]** | **01/2024** | **$19,000.00** |
| | Relationship to debtor<br>**None** | | | |
| 13.8. | **Max Moody IV**<br>**1265 Fruit Cove Rd.**<br>**Saint Johns, FL 32259** | **Sale of 19 Ultra - 1M5BA1911L1E87376 -<br>29766 Magic Tilt Trailer** | **01/2024** | **$2,300.00** |
| | Relationship to debtor<br>**Brother of Manager** | | | |
| 13.9. | **Robert Moody** | **Transfer of Magic Tilt Trailer ['21 LS -<br>1M5BA2026N1E29407-SKIFF - 29851;<br>value of $4,857.75] as payment for three<br>people's help during the 9 week long<br>liquidation process of the business** | **02/21/2024** | **$0.00** |
| | Relationship to debtor<br>**Brother to Manager** | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **6268 Philips Highway**<br>**Jacksonville, FL 32216** | **01/2012 - 02/2024** |

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

## Part 9:   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

| Debtor | **Dell Marine Boat Sales, LLC** | Case number *(if known)* | |
|---|---|---|---|

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

■ No. Go to Part 10.
□ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

Debtor    **Dell Marine Boat Sales, LLC**                                    Case number *(if known)*

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.    **11-1 Accounting Services LLC**<br>**2220 County Road 210 W, #108 PMB**<br>**Saint Johns, FL 32259** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

Debtor    **Dell Marine Boat Sales, LLC**    Case number *(if known)*

■ None

| Name and address |
| --- |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Elizabeth A. Moody | 3427 Secret Cove Place Jacksonville, FL 32216 | Manager | 100% ownership interest |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |
| 30.1. **Elizabeth A. Moody** 3427 Secret Cove Place Jacksonville, FL 32216 | $72,750 | 2023 | Salary |
| Relationship to debtor President | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
| --- | --- |

Debtor   **Dell Marine Boat Sales, LLC**                     Case number *(if known)*

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 18, 2024__

__/s/ Elizabeth A. Moody__                          **Elizabeth A. Moody**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

| DATE | CK # | PAYEE | CK AMT | BANK DEPOSITS | CREDIT CARD SLIPS | CC RECEIVE IN BANK |
|---|---|---|---|---|---|---|
| ACH | | DEC - Dell Marine | | | | |
| 12/13/23 | | TRUIST CC PYMT | 533.00 | minimum pymt | | |
| 12/14/23 | | IRS-LISA MOODY | 690.00 | IRS pymt for 2021 | | |
| 12/18/23 | | UPS | 3.00 | shipping | | |
| 12/19/23 | | WASTE MANAGEMENT | 160.22 | trash p/u | | |
| 12/20/23 | | FLA DEPT OF REVENUE | 7,602.50 | Nov sales tax | | |
| 12/20/23 | | PAYCHEX | 23,086.62 | payroll | | |
| 12/21/23 | | PAYCHEX | 248.05 | payroll garnishment-Beachner | | |
| 12/20/23 | | PAYCHEX | 33.35 | payroll fee | | |
| 12/20/23 | | BRUNCORP (Mercury) | 461.27 | parts | | |
| 12/20/23 | | YAMAHA FP PAYMENT | 165.26 | partial pymt FP | | |
| 12/20/23 | | YAMAHA FP INTEREST | 719.32 | Nov FP interest | | |
| 12/20/23 | | WF SUZUKI FP INTEREST | 1,690.48 | Nov FP interest Branch 1505 | | |
| 12/20/23 | | WF SUZUKI FP INTEREST | 871.32 | Nov FP interest Branch 3328 | | |
| 12/20/23 | | BRUNSWICK FP INTEREST | 2,436.56 | Nov FP interest | | |
| 12/21/23 | | PAYROLL GARNISHMENT | 248.05 | payroll | | |
| 12/21/23 | | FIFTH THIRD BANK | 0.75 | verify external transfer | | |
| 12/21/23 | | YAMAHA | 3,779.07 | parts | | |
| | | | | | | |
| CHECKS | | | | | | |
| 12/12/23 | 5973 | Andrew Nicholas, Petty Cash | 165.99 | $74.95 office / $91.04 fuel | | |
| 12/13/23 | 5974 | Andrew Nicholas, Petty Cash | 11.23 | shop | | |
| 12/18/23 | 5975 | VYSTAR CREDIT UNION | 24,449.63 | JACKSON payoff | | |
| 12/18/23 | 5976 | FAIRWAY LAWN SERVICE | 175.00 | repair / maint | | |
| 12/18/23 | 5977 | CONTINENTAL BATTERY | 87.47 | parts | | |
| 12/20/23 | 5978 | DENNIS KLEPPER | 1,000.00 | Christmas Bonus (payroll) | | |
| 12/20/23 | 5979 | ERIKA GLOERSEN | 300.00 | Christmas Bonus (payroll) | | |
| 12/20/23 | 5980 | JAMES ARMOUR | 400.00 | Christmas Bonus (payroll) | | |
| 12/20/23 | 5981 | KURT LAWSON | 400.00 | Christmas Bonus (payroll) | | |
| 12/20/23 | 5982 | STEVE MICHAEL | 1,000.00 | Christmas Bonus (payroll) | | |
| 12/20/23 | 5983 | ANDREW NICHOLAS | 400.00 | Christmas Bonus (payroll) | | |
| 12/20/23 | 5984 | JEREMY BEACHNER | 50.00 | Christmas Bonus (payroll) | | |
| | | | | | | |
| 12/23/23 | 5985 | STEVE MICHAEL | 56.45 | Employee lunch | | |

| DATE | CK # | PAYEE | CK AMT | DEPOSITS | IN BANK | SALES TAX |
|------|------|-------|--------|----------|---------|-----------|
| ACH | | **JANUARY 2024** DELL MARINE | | | | |
| 1/02/24 | | BRIDGEFIELD CASUALTY | 367.94 | workers comp | | |
| 1/02/24 | | PRINCIPLE LIFE | 466.40 | group insurance | | |
| 1/02/24 | | SPOTON MERCH FEE | 5.50 | monthly merchant fee | | |
| 1/04/24 | | PAYCHEX | 19,800.19 | payroll | | |
| 1/04/24 | | PAYCHEX | 219.30 | payroll garnishment | | |
| 1/04/24 | | PAYCHEX FEE | 76.03 | payroll fee | | |
| 1/03/24 | | UNITED HEALTHCARE | 2,253.70 | group insurance | | |
| 1/03/24 | | COLONIAL LIFE | 112.88 | group insurance | | |
| 1/03/24 | | SPOTON MERCH FEE | 5.50 | merchant fee | | |
| 1/04/24 | | AUTO-OWNERS INS | 785.64 | vehicle ins | | |
| 1/03/24 | | SUPREME SOFTWARE | 109.00 | computer | | |
| 1/03/24 | | SPOTON MERCH FEE | 25.00 | spot on mthly fee | | |
| 1/05/24 | | COMCAST | 374.71 | internet/fax | | |
| 1/05/24 | | COMCAST | 379.10 | landline | | |
| 1/08/24 | | UPS | 9.00 | frt | | |
| 1/11/24 | | T-MOBILE | 85.00 | cell phone | | |
| 1/11/24 | | WASTE MGMT | 200.28 | trash p/u | | |
| 1/11/24 | | BANK OF AMERICA C/C | 848.04 | minimum pymt | | |
| 1/11/24 | | WF SUZUKI FP-Curry | 2,818.20 | FP payoff | | |
| 1/12/24 | | GM FINANCIAL | 635.74 | truck pymt | | |
| 1/13/24 | | 11-1 ACCOUNTING | 875.00 | accounting services | | |
| 1/15/24 | | TRUIST CC | 546.00 | minimum pymt | | |
| 1/16/24 | | IRS | 690.00 | IRS tax pymt | | |
| 1/16/24 | | MERCURY | 250.00 | shop | | |
| 1/17/24 | | WF SUZUKI FP-MOODY | 6,189.60 | WF Suzuki | | |
| 1/19/24 | | PAYCHEX | 11,213.27 | payroll | | |
| 1/19/24 | | PAYCHEX | 3,291.92 | payroll taxes (correct?) | | |
| 1/19/24 | | PAYCHEX | 167.35 | payroll fee | | |
| 1/19/24 | | FLA DEPT OF REVENUE | 19.00 | solid waste fee | | |
| 1/19/24 | | FLA DEPT OF REVENUE | 4,904.74 | Dec sales tax | | |
| 1/19/24 | | JEA | 249.16 | electric | | |
| 1/22/24 | | TRUIST CC | 546.00 | minimum pymt-pd 2x by accident | | |
| 1/29/24 | | UPS | 25.25 | shipping | | |
| 1/29/24 | | COFFEE PERKS | 86.00 | office | | |
| 1/31/24 | | PRINCIPLE LIFE | 466.40 | group insurance | | |
| | | | | | | |
| | | | | | | |
| CHECKS | | | | | | |
| 1/01/24 | 5986 | VOID | 0.00 | void | | |
| 1/01/24 | 5987 | MICHAEL GOYKE | 7,420.00 | rent | | |
| 1/11/24 | 5988 | SOLANTIC | 60.00 | drug screen for new employee | | |
| 1/11/24 | 5989 | ROBERT J YOUNG | 505.26 | copier rent | | |
| 1/11/24 | 5990 | ARLINGTON MARINA | 233.57 | payroll expense | | |
| 1/11/24 | 5991 | CHRIS HAMER | 750.00 | computer/IT | | |
| 1/17/24 | 5992 | VOID | 0.00 | void | | |
| 1/17/24 | 5993 | VOID | 0.00 | void | | |
| 1/17/24 | 5994 | STEVE MICHAEL | 3,226.73 | severance | | |
| 1/25/24 | 5995 | CONTINENTAL BATTERY | 274.41 | parts | | |
| 1/29/24 | 5996 | THAMES MARKEY | 2,500.00 | legal | | |

| DATE | CK # | PAYEE | CK AMT | BANK DEPOSITS | CARD SLIPS | CC RECEIVED IN BANK | SALES TAX | CC CHARGE CUSTOMERS |
|------|------|-------|--------|---------------|------------|---------------------|-----------|---------------------|
| ACH | | FEB & MAR DELL MARINE | | | | | | |
| 2/01/24 | | COLONIAL LIFE | 112.88 | group insurance | | | | |
| 2/01/24 | | PAYCHEX | 653.82 | payroll tax | | | | |
| 2/01/24 | | PAYCHEX | 2,048.75 | payroll | | | | |
| 2/01/24 | | UNITED HEALTHCARE | 2,253.70 | group insurance | | | | |
| 2/02/24 | | 11-1 ACCOUNTING | 650.00 | acctg fee | | | | |
| 2/02/24 | | PAYCHEX FEE | 3.34 | payroll fee | | | | |
| 2/02/24 | | SPOTON FEE | 5.50 | merchant fee | | | | |
| 2/02/24 | | SPOTON MTHLY FEE | 25.00 | merchant fee | | | | |
| 2/02/24 | | SUPREME SOFTWARE | 109.00 | computer | | | | |
| 2/05/24 | | COMCAST | 380.56 | landline | | | | |
| 2/06/24 | | LDI-JAX COLOR | 129.00 | advertising | | | | |
| 2/08/24 | | YAMAHA FP - JOHNSON 4144 | 9,140.50 | FP Yahama engine | | | | |
| 2/12/24 | | JEA | 293.39 | electric | | | | |
| 2/12/24 | | YAMAHA PARTS | 1,947.04 | parts | | | | |
| 2/09/24 | | T-MOBILE | 85.00 | cell phone | | | | |
| 2/13/24 | | UPS | 3.00 | shipping | | | | |
| 2/12/24 | | BANK OF AMERICA CC | 863.65 | minimum pymt date ending 2/07/24 | | | | |
| 2/13/24 | | TRUIST CC | 531.00 | minimum pymt date ending 2/12/24 | | | | |
| 2/15/24 | | WASTE MANAGEMENT | 200.28 | trash p/u | | | | |
| 2/16/24 | | FLA DEPT OF REVENUE | 8,939.69 | sales tax Jan 2024 | | | | |
| 2/17/24 | | UPS | 4.54 | shipping | | | | |
| 2/19/24 | | TAX COLLECTOR | 307.50 | Hazardous Waste Fee | | | | |
| 2/01/24 | | COLONIAL LIFE | 112.88 | group insurance | | | | |
| | | | | | | | | |
| march | | | | | | | | |
| 3/08/24 | | 11-1 ACCOUNTING | 650.00 | accounting services | | | | |
| 3/05/24 | | COMCAST | 380.56 | | | | | |
| 3/04/24 | | SPOTON MTHLY FEE | 25.00 | monthly fee | | | | |
| 3/04/24 | | SPOTON FEE | 5.50 | fee | | | | |
| 3/11/24 | | BRIDGEFIELD CASUALTY INS | 3.53 | workers comp | | | | |
| 3/11/24 | | PAYCHEX | 341.50 | payroll | | | | |
| 3/12/24 | | TAX COLLECTOR | 2,637.99 | property tax rental property | | | | |
| 3/12/24 | | TAX COLLECTOR | 5,015.34 | property tax rental property | | | | |
| | | | | | | | | |
| CHECKS | | | | | | | | |
| 2/01/24 | 5997 | SHARK SIGNS | 1,155.63 | cover main outdoor sign due to closing | | | | |
| 2/01/24 | 5997 | INCL IN 5997 | 10.00 | bank fee for ck # 5997 as was certified ck | | | | |
| 2/01/24 | 5998 | CHRIS HAMER | 750.00 | IT | | | | |
| 2/12/24 | 5999 | MISTER PAPER | 55.88 | office supply | | | | |
| 2/14/24 | 6000 | BIT | 360.00 | computer | | | | |
| 2/26/24 | 6001 | ADVANCE MARINE | 2,253.42 | our ex employee didn't complete job on this costomer's | | | | |
| 2/26/24 | xxx | xxx | 0.00 | boat. He went elsewear to get job completed or he was going | | | | |
| 2/26/24 | xxx | xxx | 0.00 | to sue us | | | | |
| 2/19/24 | 6002 | ROBERT J YOUNG | 252.63 | copier | | | | |
| | | | | | | | | |
| 3/12/24 | 6003 | CHRIS HAMER | 750.00 | IT | | | | |

Balance # 5,441.70

**Dell Marine Boat Sales, LLC**
**Attachment for SOFA Queston 5**
3/18/2024 11:15

| | MODEL | SERIAL # | STOCK # | DATE RECD |
|---|---|---|---|---|
| **BAYLINER** | **Engines / Watercrafts Returned to Wells Fargo Bank, N.A.** | | | |
| 170 EL | Bayliner | BLBX1021F223 | 60068 | 6/18/22 |
| 5 VR | Bayliner | BLBX1710G223 | 60086 | 8/18/22 |
| 5 VR | Bayliner | BLBX1804H223 | 60087 | 8/18/22 |
| 170 EL | Bayliner | BLBX1736H223 | 60091 | 8/24/22 |
| 180 EL | Bayliner | BLBX2040H223 | 60099 | 9/8/22 |
| 22 CC | Bayliner | BLBX3928B323 | 60114 | 3/31/23 |
| 19 EL | Bayliner | BLBX1195F324 | 60117 | 6/27/23 |
| 6 VR | Bayliner | BLBX1250F324 | 60118 | 7/24/23 |
| 150 EL | Bayliner | BLBX1530H324 | 60119 | 8/25/23 |
| 150 EL | Bayliner | BLBX1529H324 | 60120 | 8/25/23 |
| 150 EL | Bayliner | BLBX1473G324 | 60121 | 8/25/23 |
| 20 CC | Bayliner | BLBX1550H324 | 60123 | 8/31/23 |
| 150 EL | Bayliner | BLBX1881I324 | 60124 | 9/28/23 |
| 150 EL | Bayliner | BLBX1878I324 | 60125 | 9/07/23 |
| 150 EL | Bayliner | BLBX2103J324 | 60126 | 9/14/23 |
| 150 EL | Bayliner | BLBX2104J324 | 60127 | 10/9/23 |
| 150 EL | Bayliner | BLBX2211F324 | 60128 | 11/8/23 |
| 150 EL | Bayliner | BLBX2212J324 | 60129 | 11/8/23 |
| 170 EL | Bayliner | BLBX2172J324 | 60130 | 11/8/23 |
| 150 EL | Bayliner | BLBX2319K324 | 60131 | 11/16/23 |
| 150 EL | Bayliner | BLBX2314K324 | 60132 | 11/16/23 |
| 6 VR | Bayliner | BLBX2357K324 | 60133 | 11/22/23 |
| 150 EL | Bayliner | BLBX2320K324 | 60134 | 11/22/23 |
| | | | | |
| **SUZUKI** | **Engines Returned to Suzki Marine USA, LLC** | | | |
| 140 | Suzuki | 314005F-345036 | 91678 | 4/28/23 |
| 140 | Suzuki | 343851 | 91667 | 2/23/23 |
| 140 | Suzuki | 314005F-343728 | 91668 | 2/27/23 |
| 150 | Suzuki | 344429 | 91682 | 5/16/23 |
| 115 | Suzuki | 11505F-340729 | 91671 | 3/24/23 |
| 115 | Suzuki | 340885 | 91681 | 5/18/23 |
| 115 | Suzuki | 340958 | 91687 | 5/24/23 |
| 115 | Suzuki | 340959 | 91686 | 5/24/23 |
| 140 | Suzuki | 14005F-346228 | 91674 | 4/17/23 |
| | | | | |
| **YAMAHA** | **Engines Returned to Yamaha Motor Finance Corp., USA** | | | |
| 90 | Yamaha | 6FPX-1035594 | 91616 | 5/01/22 |
| 90 | Yamaha | 6FPX-1035954 | 91617 | 6/6/22 |
| 115 | Yamaha | 6EKX-1106120 | 91625 | 7/28/22 |
| 115 | Yamaha | 6EKL-1110283 | 91642 | 10/12/22 |
| 115 | Yamaha | 6EKL-1104316 | 91650 | 10/11/22 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

In re   **Dell Marine Boat Sales, LLC**                                    Case No. _____
                                                      Debtor(s)            Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ..................................... $ _____**4,662.00**

   Prior to the filing of this statement I have received .......................... $ _____**4,662.00**

   Balance Due ................................................................. $ _____**0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Assistance with reaffirmation agreements, negotiation of "buy back" with trustee, attendance at routine Rule 2004 examinations, and communications incidental thereto.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Defense of adversary proceedings or other contested matters, complex Rule 2004 examinations, preparation of responses to discovery, and any other matters not expressly identified above.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

   **March 18, 2024**                              **/s/ Richard R. Thames**
   _Date_                                          **Richard R. Thames**
                                                   _Signature of Attorney_
                                                   **Thames | Markey**
                                                   **50 North Laura Street**
                                                   **Suite 1600**
                                                   **Jacksonville, FL 32202**
                                                   **904-358-4000   Fax: 904-358-4001**
                                                   **rrt@thamesmarkey.law**
                                                   _Name of law firm_

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Dell Marine Boat Sales, LLC** _____   Case No. _____

Debtor(s)   Chapter   **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   **March 18, 2024** _____   **/s/ Elizabeth A. Moody** _____

**Elizabeth A. Moody/Manager**
Signer/Title

Dell Marine Boat Sales, LLC
3427 Secret Cove Place
Jacksonville, FL 32216

Richard R. Thames
Thames | Markey
50 North Laura Street
Suite 1600
Jacksonville, FL 32202

Automotive Finance Corporation
11299 N. Illinois Street
Carmel, IN 46032

Bank of America
P.O. Box 660441
Dallas, TX 75266-0441

Bank of America Business Card
P.O. Box 15796
Wilmington, DE 19886-5796

Brunswick Acceptance Co.
P.O. Box 206751
Dallas, TX 75320-6751

Brunswick Acceptance Company, LLC
5595 Trillium Boulevard
Hoffman Estates, IL 60192

Brunswick Boat Group
800 S. Gay St., Ste. 1300
Knoxville, TN 37929

Brunswick Family Boat Co., Inc.
800 S. Gay St., #380
Knoxville, TN 37929

Comcast
P.O. Box 37601
Philadelphia, PA 19101-0601

Comcast Business
1100 Northpoint Pkwy. W
West Palm Beach, FL 33407-1937

Donovan Marine
P.O. Box 38101
Memphis, TN 38101

Donovan Marine
6316 Humphreys St.
New Orleans, LA 70123-3159

Duval County Tax Collector
231 E. Forsyth St.
Jacksonville, FL 32202

Elizabeth A. Moody
3427 Secret Cove Place
Jacksonville, FL 32216

Elizabeth A. Moody
6268 Philips Highway
Jacksonville, FL 32216

FL Dept. of Revenue
5050 W. Tennessee St.
Tallahassee, FL 32399

FL Dept. of State
Clifton Building
2661 Executive Center Dr.
Tallahassee, FL 32301

GE Commercial Distribution Financ
P.O. Box 105040
Atlanta, GA 30348

Huntington RVMPS Finance
 & Dealer Services
5555 Cleveland Ave.,
Attn: GW5C48
Columbus, OH 43231

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Kennect
1221 South Valley Grove Way, #40
Pleasant Grove, UT 84062

Lucas - Exit Strategies, LLC
3670 Spinnaker Court
Jacksonville, FL 32277

Northpoint Commercial Finance, LL
P.O. Box 1445
Alpharetta, GA 30009

Northpoint Commercial Finance, LL
11675 Rainwater Dr., #450
Alpharetta, GA 30009

RJ Young
P.O. Box 306412
Nashville, TN 37230-6412

RJ Young
4815 Executive Park Ct., #207
Jacksonville, FL 32216

Sheryl Smith
Milliken & Michaels, Inc.
1114 17th Street
Vero Beach, FL 32960

Suzuki Marine USA, LLC
13521 Prestige Pl.
Tampa, FL 33635

Suzuki Motor of America, Inc.
3251 East Imperial Highway
Brea, CA 92821

Truist Card Services
P.O. Box 200
Wilson, NC 27894-0200

Truist Card Services
P.O. Box 400
Wilson, NC 27894-0400

Wells Fargo Bank, N.A.
7711 Plantation Rd., 1st Fl.
Roanoke, VA 24019-3224

Wells Fargo Commercial Distributio
 Finance, LLC
5595 Trillium Blvd.
Hoffman Estates, IL 60192

Wells Fargo Commercial Distributio
P.O. Box 206740
Dallas, TX 75320-6740

West Marine Pro
Attn: Accounts Receivable
P.O. Box 669336
Dallas, TX 75266-9336

Yamaha Motor Corporation USA
6555 Katella Avenue
Cypress, CA 90630

Yamaha Motor Finance Corp., USA
6555 Katella Avenue
Cypress, CA 90630